# ATTACHMENT A
*Property to be searched*

The property to be searched is 4000 Eastern Sky Drive, Suite 4 and Suite 5, Traverse City, Michigan 49684. 4000 Eastern Sky Drive, Suite 4, Traverse City, MI 49684 is located on the west and north side of Eastern Sky Drive. 4000 Eastern Sky Drive is a two-level, L-shaped, office building with multiple commercial suites. The primary entrance to the businesses is located on the first floor into Suite 4. There is a ground floor with exterior doors facing the east side of the building. Above the ground floor exit door, "Suite 5" is written in gray lettering on an exterior glass window. Suite 5 can be accessed from the exterior ground floor door or via a staircase leading down from Suite 4. 4000 Eastern Sky Drive has a red brick façade, covered pedestrian walkway along the west and south facing sides of the building, and a green metal roof. Rolling Farms Café occupies Suite 4. Suite 4 is located on the south east corner of the building. Rolling Farms Café's location has double doors on the west facing side of the building; "Suite 4" is written on the glass west facing windows above the double doors. There is a single exterior door to Rolling Farms Café facing south. Rolling Farms Café has a patio along the south side of the building with tables and chairs. There is an exterior door on the ground level of Rolling Farms Café facing east towards Eastern Sky Drive. The door does not have an exterior door handle. On the south and east sides of the building are signs with "Rolling Farms Café" written on them.





36

