AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 1:23-MJ-477 | Date and time warrant executed: <br> 11/02/23  0630 | Copy of warrant and inventory left with: <br> In location per subject request |
| Inventory made in the presence of: <br> Special Agent Mack |||
| Inventory of the property taken and name(s) of any person(s) seized: <br> See Attached |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/03/2023

_____
Executing officer's signature

Special Agent Joseph Mack
Printed name and title

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:** ROEHLER, CHRISTOPHER

4000 EASTERN SKY DRIVE
STE #4 & STE #5
TRAVERSE CITY, MI 49684

**Investigation Number:** 1000319973

**Starting Date and Time:** 11/02/2023 06:31 AM

**Ending Date and Time:** 11/02/2023 11:50 AM

**Report Date:** Thursday, November 2, 2023

| Control #: | 1 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | STORAGE/JANITORIAL | Locator Code: | C |
| Found: | IN FILE DRAWER | | |
| Description: | Seized per Warrant   EMPLOYEE CONTENT BOOK | | |

| Control #: | 2 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | FOOD PREP AREA | Locator Code: | B |
| Found: | Under Counter by Checkout | | |
| Description: | Seized per Warrant   Financial papers statements, bank records and w-4 for Samanatha O'brien | | |

| Control #: | 3 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | IN THE CLOSET | | |
| Description: | Seized per Warrant   4 BOXES OF RESTAURANT RECEIPTS AND MISCELLANEOUS RECORDS | | |

| Control #: | 4 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | TOP SHELF SHELVING UNIT | | |
| Description: | Seized per Warrant   DAILY SALES LOGS & BANKING INFORMATION | | |

| Control #: | 5 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CLOSET | | |
| Description: | Seized per Warrant   CREDIT CARD DAILY REPORTS YEAR 2021 | | |

| Control #: | 6 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON TOP OF FILE CABINET | | |
| Description: | Seized per Warrant   BUSINESS BANK RECORDS & TRANSACTION 2020 | | |

| Control #: | 7 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Main Dining | Locator Code: | A |
| Found: | ON PERSON - OUTSIDE PARKING LOT | | |
| Description: | Seized as Contraband | APPLE IPHONE AND APPLE WATCH | |

| Control #: | 8 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON HIS DESK | | |
| Description: | Seized per Warrant   LENOVO TOWER MODEL 90DA W/POWER CORD SN:R303M9CK | | |

| Control #: | 9 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | FILING CABINET | | |
| Description: | Seized per Warrant   HP COMPAQ 6000 PRO MICROTOWER SN: 2UA94302WG | | |

| Control #: | 10 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON TOP OF FILE CABINET | | |
| Description: | Seized per Warrant   HP COMPAQ TOWER DX2000MT SN:MXD52304VM | | |

| Control #: | 11 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON HIS DESK | | |
| Description: | Seized per Warrant   HP COMPAQ TWER D220 MT SN:MXD41504G1 | | |

| Control #: | 12 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON HIS DESK | | |
| Description: | Seized per Warrant   APPLE IPAD A1673 SN:DMPTF3WFH1M9 | | |

| Control #: | 13 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON TOP OF FILE CABINET | | |
| Description: | Seized per Warrant   APPLIE IPAD  A1673 SN:DMPTF43THIM9 | | |

| Control #: | 14 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | TOP SHELF SHELVING UNIT | | |
| Description: | Seized per Warrant   APPLE IPAD A1822 SN:F9GTKBYFHLF9 | | |

| Control #: | 15 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON HIS DESK | | |
| Description: | Seized per Warrant   GRAY KINGSTON DATA TRAVELER II PLUS SN:CN112605 | | |

| Control #: | 16 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON TOP OF FILE CABINET | | |
| Description: | Seized per Warrant   GRAY KINGSTON DATA TRAVELER II PLUS SN:CN012406 | | |

| Control #: | 17 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | Under Counter by Checkout | | |
| Description: | Seized per Warrant   PNY USB 16GB - BLACK | | |

| Control #: | 18 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | IN THE CLOSET | | |
| Description: | Seized per Warrant   VERBATIM 700MB CD - R | | |

| Control #: | 19 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant   WHITE BOX WITH RECORDS IN ROOM | | |

| Control #: | 20 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | IN THE CABINET | | |
| Description: | Seized per Warrant   KINGSLEY TAVERN  - PURCHASE AGREEMENT | | |

| Control #: | 21 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant   JWD 413 - CHEMICAL BANK - CHECK BOOK - ICLOUD PASSWORD 2019 W-4 | | |

| Control #: | 22 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET ON THE SHELF | | |
| Description: | Seized per Warrant   IRS ENVELOPE WITH DOCUMENTS | | |

| Control #: | 23 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | IN BLACK CABINET | | |
| Description: | Seized per Warrant   RECORDS IN 3RD DOWN DRAWER | | |

| Control #: | 24 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | IN THE CABINET | | |
| Description: | Seized per Warrant   TRAVERSE CITY STATE BANK DOCUMENTS 2015 TAX RETURN - INTERDEPARTMENT DELIVERIES ENVELOPE | | |

| Control #: | 25 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant   LETTER IN BAG ON THE FLOOR | | |

| Control #: | 26 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET ON THE SHELF | | |
| Description: | Seized per Warrant   LITTLE FOOT INK RECORDS | | |

| Control #: | 27 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET ON THE SHELF | | |
| Description: | Seized per Warrant   FILES IN 2ND TO TOP DRAWER OF BLACK FILING CABINET IN OFFICE | | |

| Control #: | 28 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | TOP SHELF SHELVING UNIT | | |
| Description: | Seized per Warrant   2015 EMPLOYEE RECORDS & W4'S | | |

| Control #: | 29 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET ON THE SHELF | | |
| Description: | Seized per Warrant   2015 TAX DOCUMENTS | | |

| Control #: | 30 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | TOP SHELF SHELVING UNIT | | |
| Description: | Seized per Warrant   USPS ENVELOPE WITH VARIOUS FINANCIAL | | |

| Control #: | 31 | Evidence Box: | 10 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET ON THE SHELF | | |
| Description: | Seized per Warrant   SYSCO RECORDS | | |

| Control #: | 32 | Evidence Box: | 11 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET ON THE SHELF | | |
| Description: | Seized per Warrant   BOX FINANCIAL RECORDS | | |

| Control #: | 33 | Evidence Box: | 12 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant   BOX OF ENVELOPE & RECORDS | | |

| Control #: | 34 | Evidence Box: | 13 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET ON THE SHELF | | |
| Description: | Seized per Warrant   EMPLOYEE TIME SHEETS & BANKING INFORMATION | | |

| Control #: | 35 | Evidence Box: | 14 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant   BOX OF RECORDS | | |

| Control #: | 36 | Evidence Box: | 15 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | BASKETS BY THE SHELVES | | |
| Description: | Seized per Warrant   MISC DAILY SALES LOGS, EMPLOYEE DOCUMENTS RECEIPTS | | |

| Control #: | 37 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET BOX | | |
| Description: | Seized per Warrant   EMPLOYEE RECORDS | | |

| Control #: | 38 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET BOX | | |
| Description: | Seized per Warrant   EMPLOYEE RECORDS | | |

| Control #: | 39 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET | | |
| Description: | Seized per Warrant   EMPLOYEE RECORDS | | |

| Control #: | 40 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant   RECORDS IN COSCO BOX INCLUDES EMPLOYEE RECORDS | | |

| Control #: | 41 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET | | |
| Description: | Seized per Warrant   EMPLOYEE RECORDS | | |

| Control #: | 42 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | BOTTOM DRAWER BLACK CABINET | | |
| Description: | Seized per Warrant   EMPLOYEE RECORDS & FINANCIAL RECORDS | | |

| Control #: | 43 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET | | |
| Description: | Seized per Warrant   CHASE RECORDS - KINGLSEY TAVERN | | |

| Control #: | 44 | Evidence Box: | 17 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | BOX ON SHELF | | |
| Description: | Seized per Warrant   VARIOUS (BUSINESS AND BANK ECORDS), CHECKS - CUSTOMER AND PAY STUBS | | |

| Control #: | 45 | Evidence Box: | 18 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant   VARIOUS BOX OF RECORDS | | |

| Control #: | 46 | Evidence Box: | 19 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE DESK | | |
| Description: | Seized per Warrant   RECEIPT OF SALE - ORDER SNAPP - BANCCARD | | |

| Control #: | 47 | Evidence Box: | 19 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET | | |
| Description: | Seized per Warrant   LARA RECORDS, BAG BROAD CO RECORDS | | |

| Control #: | 48 | Evidence Box: | 19 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | CABINET | | |
| Description: | Seized per Warrant   BAK RECORDS - INTUIT LETTER - IRS LETTER - REAL ESTATE - EMPLOYEE LETTER | | |

| | | | |
|---|---|---|---|
| **Control #:** | 49 | **Evidence Box:** | 19 |
| **Location:** | DOWNSTAIRS OFFICE | **Locator Code:** | h |
| **Found:** | CABINET | | |
| **Description:** | Seized per Warrant | EMPLOYEE RECORDS - AYACO PAYMENT CONFIRMATION - PAYROOL RECORDS | |

| | | | |
|---|---|---|---|
| **Control #:** | 50 | **Evidence Box:** | 19 |
| **Location:** | DOWNSTAIRS OFFICE | **Locator Code:** | h |
| **Found:** | DESK AREA | | |
| **Description:** | Seized per Warrant | BANK STATEMENTS - LETTERS FROM MICHIGAN DEPARTMENT OF LABOR - INVOICES | |

| | | | |
|---|---|---|---|
| **Control #:** | 51 | **Evidence Box:** | 19 |
| **Location:** | DOWNSTAIRS OFFICE | **Locator Code:** | h |
| **Found:** | DESK | | |
| **Description:** | Seized per Warrant | 2022 W-2 | |

| | | | |
|---|---|---|---|
| **Control #:** | 52 | **Evidence Box:** | 19 |
| **Location:** | DOWNSTAIRS OFFICE | **Locator Code:** | h |
| **Found:** | DESK | | |
| **Description:** | Seized per Warrant | BANK STATEMENTS - INVOICES - POS - PROJECT PROPOSALS FOR : J WALL DINER & ROLLING FARMS CAFE - JACKSON MARKET/RESTAURANT | |

| | | | |
|---|---|---|---|
| **Control #:** | 53 | **Evidence Box:** | 19 |
| **Location:** | DOWNSTAIRS OFFICE | **Locator Code:** | h |
| **Found:** | BOX ON THE SHELF | | |
| **Description:** | Seized per Warrant | ENVELOPE OF PAY CHECKS/PAY STUBS TO CHRIS ROEHLER - MICHIGAN UNEMPLOYMENT WORKSHEET ENDING 3/31/2020 | |

| | | | |
|---|---|---|---|
| **Control #:** | 54 | **Evidence Box:** | 19 |
| **Location:** | DOWNSTAIRS OFFICE | **Locator Code:** | h |
| **Found:** | FROM BOX IN ROOM ON THE SHELF | | |
| **Description:** | Seized per Warrant | SAMPLE OF CHECKS - BLANK - 1 JWD 413 LLC , 1 GA TWENTY THREE LLC | |

| | | | |
|---|---|---|---|
| **Control #:** | 55 | **Evidence Box:** | 20 |
| **Location:** | DOWNSTAIRS OFFICE | **Locator Code:** | h |
| **Found:** | DESK | | |
| **Description:** | Seized per Warrant | BANK STATEMENT, PR RECORDS, LLC RECORDS FOR GA23, JWD 413, ROLLING FORMS AND KINGSLEY TAVERN. | |

| Control #: | 56 | Evidence Box: | 21 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant | BLANK CHECKS, PAY STUBS AND VARIOUS BUSINESS RECORDS | |

| Control #: | 57 | Evidence Box: | 22 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | DESK AREA | | |
| Description: | Seized per Warrant | VARIOUS DELIVERY INVOICES FOR 2015 AND 2016 - ATM DEPOSIT RECEIPTS 2015 - SCHEDULE AND TIME CARD JAN 2015 - AFFIDAVIT EXEMPTION FROM COLLECTION OF TAXES 2015 | |

| Control #: | 58 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant | EMPLOYEE ON BOARDING FORMS COMPLETE - COMPLETED EMPLOYEE FORMS W-4, BUSINESS RECORDS/RECEIPTS | |

| Control #: | 59 | Evidence Box: | 24 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant | BANK RECORDS - IRS CORRESPONDENCE - PAYROLL RECORDS | |

| Control #: | 60 | Evidence Box: | 25 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR UNDER THE DESK | | |
| Description: | Seized per Warrant | DAILY SALES LOGS, MISC EMPLOYEE PAYCHECKS, MISC MAILINGS | |

| Control #: | 61 | Evidence Box: | 26 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | DESK | | |
| Description: | Seized per Warrant | ROLLING FARMS TRANSCATION RECORDS 2023 - EMPLOYEE TIME SHEET - BUSINESS FINANCIAL - SYSCO PAYMENT RECORDS 2023 | |

| Control #: | 62 | Evidence Box: | 27 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant | VARIOUS FINANCIAL RECORDS | |

| Control #: | 63 | Evidence Box: | 27 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | IN A BAG ON THE FLOOR | | |
| Description: | Seized per Warrant   VARIOUS KEYS IN A PLASTIC BAG | | |

| Control #: | 64 | Evidence Box: | 28 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | BASKET ON DESK | | |
| Description: | Seized per Warrant   PARTIAL EMPLOYEE TIMESHEETS/SCHEDULE/MAR 2018 - ROLLING FARMS  BANK STATEMENTS PARTIAL 2018 DLEG ROOING FARMS | | |

| Control #: | 65 | Evidence Box: | 28 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant   BANKSTATEMEN - ROLLING FARMS - MI -D LARA - BANK STATEMENTS KINGLSEY TAVERN - EMPLOYMENT RECORDS 2022 | | |

| Control #: | 66 | Evidence Box: | 28 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | ON THE FLOOR | | |
| Description: | Seized per Warrant   JUDSON MARKET & RESTAURANT - DAILY CREDIT CARD RECORDS - PARTIAL OCTOBER 2021 | | |

| Control #: | 67 | Evidence Box: | 28 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | BASKET ON THE DESK | | |
| Description: | Seized per Warrant   2015 EMPLOYEE W-4 - 2018 EMPLOYEE TIMESHEETS | | |

| Control #: | 68 | Evidence Box: | 29 |
|---|---|---|---|
| Location: | DOWNSTAIRS OFFICE | Locator Code: | h |
| Found: | BY THE DESK | | |
| Description: | Seized per Warrant   VARIOUS MAILING & POTENTIAL - ATTORNEY CLIENT PRIVILEGED | | |